122 A.3d 1033

COMMONWEALTH of Pennsylvania, Respondent

v.

Teron LEWIS, Petitioner.

No. 102 MM 2015.

Supreme Court of Pennsylvania.

Sept. 16, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of September, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED, WITHOUT PREJUDICE** to Petitioner's right to seek similar relief through the Post Conviction Relief Act. *See* 42 Pa.C.S. § 9545(b) (explaining that, generally, a Post Conviction Relief Act petition shall be filed within one year of the date of when the judgment of sentence becomes final).